AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America v. | ) |
|---|---|
| Melanie Christine Belger | ) Case: 1:22-mj-207 |
|  | ) Assigned To: Magistrate Judge G. Michael Harvey |
|  | ) Assign. Date: 9/16/2022 |
|  | ) Description: Complaint with Arrest Warrant |
|  | ) |
| Defendant | ) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Melanie Christine Belger                                                                              ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☒ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Entering and Remaining in a Restricted Building or Grounds
18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds
40 U.S.C. § 5104(e)(2)(D) - Disorderly Conduct in a Capitol Building
40 U.S.C. § 5104(e)(2)(G) - Parading, Demonstrating, or Picketing in a Capitol Building

Date: 09/16/2022

G. Michael Harvey
Digitally signed by G. Michael Harvey
Date: 2022.09.16 11:42:44 -04'00'
*Issuing officer's signature*

City and state:     Washington, D.C.

HONORABLE JUDGE G. MICHAEL HARVEY
*Printed name and title*

### Return

This warrant was received on *(date)* 9/16/22, and the person was arrested on *(date)* 9/23/22
at *(city and state)* ORANGE, CA.

Date: 9/23/22

B. Ballantyne
*Arresting officer's signature*

SPECIAL AGENT BRADEN BALLANTYNE
*Printed name and title*