Dennis Patrick Gaughan (State Bar No.: 156355)
Law Offices of Dennis P. Gaughan
1432 Edinger Ave, Suite 240
Tustin, California, 92780
Off: (949) 748-3645 | Fax: (949) 258 -8282
Email: gaughanlaw@pacbell.net

Attorney for Defendant, Michelle Alexandra Estey

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **United States of America**, <br><br>  Plaintiff, <br>    vs. <br> **Michelle Alexandra Estey**, <br><br>  Defendant. | Court Case No.:  1:22-mj-207 <br><br> **MOTION TO APPEAR PRO HAC VICE. DECLARATION IN SUPPORT THEREOF AND PROPOSED ORDER** |

### MOTION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Pursuant to Local Criminal Rule 44.1 (c), Defendant, Michelle Alexandra Estey, moves for the admission and appearance of attorney Dennis Patrick Gaughan, pro hac vice in the above-entitled action. This motion is supported by the Declaration of Dennis Patrick Gaughan, filed herewith. As set forth in Mr. Gaughan's declaration, he is admitted and an active member in good standing the following courts and bars: the California Bar, Ninth Circuit Court of Appeals, the U.S. District Court for the Central District of California, the U.S. District Court for the Southern District of California. This motion is supported and signed by Manuel J. Retureta, an active and sponsoring member of the Bar of this Court.

//////

1
2
3  Dated this 3rd day of October 2022.     Respectfully submitted,
4
5
6
7
8
9                                          Manuel J. Retureta, Esq.
10                                         RETURETA & WASSEM, PLC
11                                         300 New Jersey, NW, Suite 900
12                                         Washington, D.C.  20001
13                                         202-549-0679
14                                         mjr@returetawassem.com
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Case Number: 1:22-mj-207
*U.S. v. Michelle A. Estey*
Pro Hac Vice - 2

Dennis Patrick Gaughan (State Bar No.: 156355)
LAW FIRM of Dennis Gaughan
1432 Edinger Ave, Suite 240
Tustin, California, 92780
Off: (949) 748-3645 | Fax: (949) 258 -8282
Email: gaughanlaw@pacbell.net

Attorney for Defendant, Michelle Alexandra Estey

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **United States of America**,<br><br>  Plaintiff,<br>    vs.<br>**Michelle Alexandra Estey**<br>  Defendant. | Court Case No.:  1:22-mj-207<br><br>**DECLARATION OF DENNIS GAUGHAN IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*** |

## MOTION FOR ADMISSION OF ATTORNEY PRO HAC VICE

I, Dennis Patrick Gaughan, hereby declare:

1. My name, office address, and telephone number are as follows:

   Dennis Patrick Gaughan
   1432 Edinger Ave, Suite 240, Tustin, California, 92780
   Office: (949) 748 - 3645
   Fax: (949) 258 - 8282
   Email: gaughanlaw@pacbell.net

2. I have been admitted to the following courts and bars:

   Supreme Court of California (Cal. Bar No. 156355)

   United States Supreme Court

   Ninth Circuit Court of Appeals

   U.S. District Court for the Central District of California

   U.S. District Court for the Southern District of California

3. I am currently in good standing with all states, courts, and bars in which I am admitted.

4. I have not previously been admitted *pro hac vice* in this Court.

5. I do not have an office located within the District of Columbia.

6. I have never been disciplined by any bar and I have attached a Certificate of Good Standing from my local jurisdiction

I declare under penalty of perjury that the foregoing is true and correct. Executed in Tustin, California, this 3rd day of October 2022.

//////

                                                          Respectfully submitted,

                                                          /s/ Dennis P. Gaughan

1432 Edinger Ave, Suite 240,
Tustin, California, 92780
Office: (949) 748 - 3645
Fax: (949) 258 - 8282
Email: gaughanlaw@pacbell.net

Case Number: 1:22-mj-207
*U.S. v. Michelle A. Estey*
Pro Hac Vice - 4

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **United States of America**, | Court Case No.: 1:22-mj-207 |
| Plaintiff, | |
| vs. | **[PROPOSED] ORDER** |
| **Michelle Alexandra Estey,** | |
| Defendant. | |

### [DEFENDANT'S PROPOSED] ORDER GRANTING MOTION FOR ADMISSION OF ATTORNEY DENNIS GAUGHAN *PRO HAC VICE*

The Court has reviewed the Defendant's motion for admission of attorney Dennis P. Gaughan *pro hac vice*. Upon consideration of that motion, the Court grants attorney Dennis p. Gaughan, *pro hac vice* admission to this Court.

**IT IS SO ORDERED.**

DATED: _____    _____

United States District Judge