```
 1  Jeffrey D. Kent (California State Bar No.: 162237)
    THE KENT LAW FIRM, APC
 2  1400 N. Harbor Blvd., Suite 601
    Fullerton, California 92835
 3  Off: (714) 401-3827 | Fax: (714) 908-3827
    Email: jdkent@not-guilty.org
 4
 5  Attorney for Defendant,
    Melanie Christine Belger
 6
    Dennis P. Gaughan (California State Bar No. 156355)
 7  1432 Edinger Ave., Suite 240
    Tustin, California 92783
 8  Off: (949) 798-9897 | Fax: (714) 258-8282
    Email: gaughanlaw@pacbell.net
 9
    Attorney for Defendant,
10  Michelle Alexandra Etsey
11
                    UNITED STATES DISTRICT COURT
12
                    FOR THE DISTRICT OF COLUMBIA
13
```

| UNITED STATES OF AMERICA, | Case No. 22-mj-207 |
|---|---|
| Plaintiff, | FIRST STIPULATION TO CONTINUE STATUS HEARING |
| v. | |
| MICHELLE ALEXANDRA ETSEY, AND | OLD STATS HEARING DATE: January 17, 2023 |
| MELANIE CHRISTINE BELGER | NEW STATUS HEARING DATE: May 23, 2023 at 1:00 p.m. |
| Defendants. | |

    IT IS HEREBY STIPULATED AND AGREED by and between defendants Melanie Christine Belger, and her counsel, Jeffrey D. Kent, Michelle Alexandra Etsey, and her counsel, Dennis Gaughan, and plaintiff United States of America, by and through its counsel of record, the United States Attorney for the District of Columbia, as follows:

    1.  Defendants' status hearing date is currently scheduled for January 17, 2023 at 1:00 p.m.

1

2. Both counsel for Ms. Belger, and counsel for Mrs. Etsey need additional time to go through the voluminous amounts of discovery both personally, and with their respective clients.

3. The time between January 17, 2023 and May 23, 2023 shall be excluded from calculation of time in the interest of justice under the Speedy Trial Act.

3. Accordingly, the parties believe it is in the best interest of the case for the status hearing date be continued to May 23, 2023 at 1:00 p.m.

Dated: January 12, 2023         /s/*Jeffrey D. Kent*
                                JEFFREY D. KENT
                                Attorney for Defendant
                                MELANIE CHRISTINE BELGER

Dated: January 12, 2023         /s/*Dennis P Gaughan*
                                DENNIS P. GAUGHAN
                                Attorney for Defendant
                                MICHELLE ALEXANDRA ETSEY

Dated: January 13, 2023         TRACY L. WILKISON
                                Acting United States Attorney

                                BENJAMIN D. BARRON
                                Assistant United States Attorney
                                Chief, Santa Ana Branch Office

                                /s/ *Zachary Phillips*
                                ZACHARY PHILLIPS
                                Assistant United States Attorney
                                Attorneys for Plaintiff
                                UNITED STATES OF AMERICA

                                [Digitally signed by JDK pursuant to Email authorization January 12, 2023]

2