NOTICE OF APPEARANCE IN A CRIMINAL CASE

# CLERK'S OFFICE
## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA
## WASHINGTON, D.C. 20001

UNITED STATES OF AMERICA

vs.    Criminal Number    1:22-mj-207

Melanie Christine Belger

(Defendant)

TO:    ANGELA CAESAR, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:    (Please check one)

☐ CJA    ☒ RETAINED    ☐ FEDERAL PUBLIC DEFENDER

_____
(Signature)

PLEASE PRINT THE FOLLOWING INFORMATION:

Jeffrey D. Kent (CA SBN 162237)
(Attorney & Bar ID Number)

THE KENT LAW FIRM, APC
(Firm Name)

1400 N. Harbor Blvd., Suite 601
(Street Address)

Fullerton, CA 92835
(City)    (State)    (Zip)

(714) 401-3827
(Telephone Number)