UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES<br><br>v.<br><br>MICHELLE ALEXANDRA ESTEY, and MELANIE CHRISTINE BELGER,<br><br>Defendants. | No. 22-mj-207 |

### ORDER

Based upon the representations in the Joint Stipulation to Continue Status Hearing, and upon consideration of the entire record, it is hereby

**ORDERED** that the currently scheduled status hearing on March 23, 2023, at 1 PM be continued for good cause to June 13, 2023, at 1 PM; and it is further

**ORDERED** that the time between March 23, 2023, and June 13, 2023 shall be excluded from calculation under the Speedy Trial Act, *see* 18 U.S.C. § 3161(h)(7)(A). The Court finds that the ends of justice served by the granting of such a continuance outweigh the best interests of the public and the defendant in a speedy trial, as a continuance will provide the parties to continue negotiating a potential pretrial resolution.

_____
ZIA M. FARUQUI
UNITED STATES MAGISTRATE JUDGE